**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware (State)

Case number (*If known*): Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** TTI Holdings, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) 36-4318680

4. **Debtor's address**

   **Principal place of business**

   Number Street

   City State ZIP Code

   County

   **Mailing address, if different from principal place of business**

   11840 Westline Industrial Drive
   Number Street

   Suite 200
   P.O. Box

   Saint Louis MO 63146
   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL) www.katyindustries.com

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor TTI Holdings, Inc.
Name

Case number (*if known*) ____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3 3 9 9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ____ When ____ (MM / DD / YYYY) Case number ____

  District ____ When ____ (MM / DD / YYYY) Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes. Debtor See Rider 1 Relationship Affiliate

  District Delaware When 05/14/2017 (MM / DD / YYYY)

  Case number, if known ____

Debtor TTI Holdings, Inc.
Name

Case number (*if known*) ____________________

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________________

**Where is the property?** ____________________
Number Street

____________________

City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________________

Contact name ____________________

Phone ____________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor TTI Holdings, Inc.
Name

Case number (if known)

**16. Estimated liabilities**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☒ I have been authorized to file this petition on behalf of the debtor.
- ☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/14/2017
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

Lawrence Perkins
Printed name

Title Chief Restructuring Officer

**18. Signature of attorney**

X [signature]
Signature of attorney for debtor

Date 05/14/2017
MM / DD / YYYY

Stuart Brown
Printed name

DLA Piper LLP (US)
Firm name

1201 North Market Street - Suite 2100
Number Street

Wilmington
City

DE
State

19801
ZIP Code

302-368-5700
Contact phone

stuart.brown@dlapiper.com
Email address

4050
Bar number

Delaware
State

**ACTION BY WRITTEN CONSENT OF
THE SOLE DIRECTOR OF
TTI HOLDINGS, INC.**

**May 13, 2017**

The undersigned, being the sole director (the "Sole Director") of the board of directors (the "Board") of TTI Holdings, Inc., a Delaware corporation (the "Company"), acting pursuant to Section 141(f) of the General Corporate Law of the State of Delaware and Article III, Section 3.11 of the by-laws of the Company, desires to take action by written consent (this "Consent"), hereby adopts the following resolutions and consents to the actions contemplated herein effective as of the date first above written, directs that this Consent be filed with the minutes of the proceedings of the Board, and confirms that such resolutions have not been modified, rescinded, or revoked and are present in full force and effect.

**WHEREAS**, as of the date of this Consent, Robert Guerra has resigned from his position as the sole director of the Company.

**WHEREAS**, as of the date of this Consent, Robert Zimmer has been appointed by WII, Inc., being the sole stockholder of the Company, as the sole director of the Company.

**WHEREAS**, the Sole Director has determined that it is desirable, fair, reasonable, and in the best interests of the Company, the Company's shareholders, the Company's creditors, and other parties in interest for the Company to file a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code (as defined below).

**NOW, THEREFORE, IT IS HEREBY:**

**RESOLVED**, that Robert Guerra's resignation from his position as the sole director of the Company be and is hereby accepted; and it is further

**RESOLVED**, that in the judgment of the Sole Director, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company be and hereby is authorized to file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code," and such chapter 11 case, the "Bankruptcy Case") in a court of proper jurisdiction; and it is further

**RESOLVED**, that Lawrence Perkins, Robert Zimmer, or any authorized officer of Katy Industries, Inc., being the ultimate parent of the Company, or any authorized officer of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and hereby are, authorized, empowered, and directed, in the name of and on behalf of the Company, to execute and file all petitions, schedules, lists and other motions, papers and documents, and to take any and all actions that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business as currently engaged in by the Company as of the date of this Consent; and it is further

**RESOLVED**, that the Authorized Officers are hereby authorized and instructed to make such arrangements as they deem necessary or proper for the Company to use existing cash collateral or to borrow additional funds, either as a debtor in possession under chapter 11 of the Bankruptcy Code or otherwise, and that such officers are hereby authorized and instructed, on behalf of and in the name of the Company, to negotiate and agree with lenders as to the terms and amounts of any such cash collateral use or further borrowings and to grant such security interests in, or liens on the assets of the Company, and to execute and deliver appropriate agreements for such use of postpetition financing in connection with the Bankruptcy Case, including the granting of liens to any such lender(s) under any such agreement(s), and to take such additional actions and execute and deliver such other agreements, instruments and documents proposed to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any such officer, in their sole discretion, may deem necessary or proper in connection with such further borrowings; and it is further

**RESOLVED**, that the Authorized Officers are hereby authorized and empowered, in the name of and on behalf of the Company, to execute and file (or direct others to do so on behalf of the Company) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers and, in connection therewith, to employ and retain legal counsel, financial advisors, investment bankers, accountants or other professionals and to take any and all actions that they deem necessary and proper in connection with the Bankruptcy Case; and it is further

**RESOLVED**, that the Sole Director has determined, in light of current circumstances and after consultation with its professional advisors, and in connection with the filing of the Bankruptcy Case, that it is in the best interests of the Company, its creditors, and other interested parties to authorize the Company to enter into one or more sale or restructuring transactions (collectively, the "Restructuring Transactions"), including, among other things, through the sale of all or substantially all of the Company's assets under section 363 of the Bankruptcy Code and other related pleadings and documents; and it is further

**RESOLVED**, that the Authorized Officers are hereby authorized and empowered, in the name of and on behalf of the Company, to take actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform and cause the performance of any agreements, certificates, instruments, petitions, motions or other papers or documents in furtherance of the Restructuring Transactions to which the Company is or will be a party, including but not limited to, any asset purchase agreement, chapter 11 plan, disclosure statement, and all exhibits and/or ancillary documents related thereto (collectively, the "Restructuring Documents"); and it is further

**RESOLVED**, that the Authorized Officers are hereby authorized and empowered, in the name of and on behalf of the Company, to take any and all actions to (i) obtain bankruptcy court approval of the Restructuring Documents in connection with the Restructuring Transactions, and (ii) obtain bankruptcy court approval of all Restructuring Transactions; and it is further

**RESOLVED**, that the law firm of DLA Piper LLP (US) ("DLA Piper") shall be retained as general bankruptcy counsel for the Company in the Bankruptcy Case, and the Authorized

Officers are hereby authorized and directed, in the name of and on behalf of the Company, to execute retention agreements, pay retainers prior to and immediately upon the filing of the Bankruptcy Case and cause to be filed an application for authority to retain the services of DLA Piper during the Bankruptcy Case; and it is further

**RESOLVED**, that SierraConstellation Partners LLC ("SierraConstellation") shall be retained to serve as the restructuring advisor to the Company Group, and the Authorized Officers are hereby authorized and directed, to execute retention agreements, pay retainers prior to and immediately upon the filing of the Bankruptcy Case and cause to be filed an application for authority to retain the services of SierraConstellation during the Bankruptcy Case; and it is further

**RESOLVED**, that Lincoln International, Inc. ("Lincoln International") shall be retained to serve as the investment banker to the Company Group, and the Authorized Officers are hereby authorized and directed, to execute retention agreements, pay retainers prior to and immediately upon the filing of the Bankruptcy Case and cause to be filed an application for authority to retain the services of Lincoln International during the Bankruptcy Case; and it is further

**RESOLVED**, that the Authorized Officers are authorized and directed to employ any other firms as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case and cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

**RESOLVED**, that the Authorized Officers are authorized and directed, in the name of and on behalf of the Company, under the Company's corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete the Bankruptcy Case, the taking of any such action or execution of any such documents and/or agreements to constitute conclusive evidence and the exercise of such discretionary authority; and it is further

**RESOLVED**, that any act or acts of the Company and/or its officers, directors, or of any person or persons designated and authorized to act by an officer of the Company, which act or acts would have been authorized by the foregoing resolutions except that such act or acts were taken prior to the adoption of such resolutions, be, and they hereby are, ratified, confirmed, authorized, approved and adopted in all respects and for all purposes as acts in the name and on behalf of the Company; and it is further

**RESOLVED** that this Consent may be executed by facsimile, telecopy or other electronic means or reproduction, and such execution shall be considered valid, binding and effective for all purposes.

**IN WITNESS WHEREOF**, the undersigned, being the Sole Director of the Company, hereby consents to, approves and adopts the foregoing resolutions as of the date first above written.

Robert W. Zimmer

| Fill in this information to identify the case and this filing: |
| --- |
| Debtor Name TTI Holdings, Inc. |
| United States Bankruptcy Court for the: District of Delaware (State) |
| Case number (*If known*): |

**Rider 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a voluntary petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of their cases, with the lead case number assigned to the chapter 11 case of Katy Industries, Inc.

- Katy Industries, Inc.
- Continental Commercial Products, LLC
- FTW Holdings, Inc.
- Fort Wayne Plastics, Inc.
- Wabash Holding Corp.
- Katy Teweh, Inc.
- WII, Inc.
- TTI Holdings, Inc.
- American Gage & Machine Company
- WP Liquidating Corp.
- Ashford Holding Corp.
- HPMI, Inc.
- GCW, Inc.
- Hermann Lowenstein, Inc.

**Fill in this information to identify the case:**

Debtor name TTI Holdings, Inc.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): Unknown

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DELTCO OF WISCONSIN INC.<br>INDUSTRIAL PARK RD<br>ASHLAND, WI 54806 | RANDY LARSON<br>715-682-9007 | GOODS SOLD/ SERVICES RENDERED | | | | $1,484,697.73 |
| 2 | MAJESTIC MANAGEMENT CO<br>NORWALK BUILDINGS<br>SIXTH FLOOR<br>13191 CROSSROADS PKWY N<br>CITY OF INDUSTRY, CA 91746 | DORIS LUXON<br>DENNIS DAZE<br>562-692-9581 | LITIGATION | | | | $836,156.03 |
| 3 | TITAN MANUFACTURING GROUP<br>PO BOX 5<br>GLANDORF, OH 45848 | TERRY WHITE<br>419-721-4827 | GOODS SOLD/ SERVICES RENDERED | | | | $729,552.00 |
| 4 | ATREUS ENTERPRISES LLC 7800<br>SECRETARIAT DRIVE<br>SALINE, MI 48176 | JOHN COOPER<br>248-761-1420 | GOODS SOLD/ SERVICES RENDERED | | | | $677,859.19 |
| 5 | MATERIAL DIFFERENCE<br>TECHNOLOGIES LLC<br>OXFORD, MI 48371 | LORI CERQUA<br>888-818-1283 | GOODS SOLD/ SERVICES RENDERED | | | | $650,836.43 |
| 6 | GP CAPITAL & SALES LLC 1011<br>HIGH RIDGE ROAD<br>STAMFORD, CT 06905 | KEN GROSS<br>203-504-2010 | GOODS SOLD/ SERVICES RENDERED | | | | $586,604.27 |
| 7 | PENSION BENEFIT GUARANTY<br>CORPORATION<br>1200 K STREET, NW<br>WASHINGTON, DC 20005 | MELISSA HARCLERODE<br>202-326-4020<br>HARCLERODE.MELISSA@PBGC.GOV | GOODS SOLD/ SERVICES RENDERED | | | | $345,000.00 |
| 8 | C&S BUSINESS SERVICES INC<br>1731 SOUTHRIDGE DRIVE<br>JEFFERSON CITY, MO 665109 | PAULA BENNE<br>573-635-9295 | GOODS SOLD/ SERVICES RENDERED | | | | $341,327.86 |

Debtor TTI Holdings, Inc.
Name

Case number (if known) Unknown

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | ZELCK CREEK PROPERTIES<br>PO BOX 104613<br>JEFFERSON CITY, MO 65110 | MIKE STUCKENSCHMEIDER<br>573-690-4393 | GOODS SOLD/ SERVICES RENDERED | | | | $330,185.00 |
| 10 | HIMESA<br>PO BOX 118<br>SAN PEDRO SULA HONDURAS | ROBERT A HANDAL<br>0115045534359 | GOODS SOLD/ SERVICES RENDERED | | | | $324,039.52 |
| 11 | I STERN AND COMPANY INC<br>49 BRANT AVE<br>SUITE 7 CLARK, NJ 07066 | TIM BUZAS<br>732-382-9666 | GOODS SOLD/ SERVICES RENDERED | | | | $321,888.93 |
| 12 | JOBFINDERS<br>1729 W BROADWAY #4<br>COLUMBIA, MO 65203 | ERIN LENT<br>573-446-4250 | GOODS SOLD/ SERVICES RENDERED | | | | $319,888.93 |
| 13 | A SCHULMAN, INC.<br>3637 AIDQENORD ROAD<br>COPLEY, OH 44321-1687 | MELISSA<br>330-668-7351 | GOODS SOLD/ SERVICES RENDERED | | | | $309,032.70 |
| 14 | PLASTIC MATERIALS INC<br>775 E HIGHLAND ROAD<br>MACEDONIA, OH 44056 | MICK JENDRISAK<br>330-468-0184 | GOODS SOLD/ SERVICES RENDERED | | | | $282,979.36 |
| 15 | MATRIX POLYMERS INC<br>PO BOX 296<br>COLD SPRING HARBOR, NY 11724 | DAVID KLEIN<br>516-921-4343 | GOODS SOLD/ SERVICES RENDERED | | | | $254,700.66 |
| 16 | XPO LOGISTICS LESS-THAN-TRUCKLOAD CORPORATE OFFICE<br>2211 OLD EARHART ROAD, SUITE 100<br>ANN ARBOR, MI 48105-2751 | 734-994-6600 | GOODS SOLD/ SERVICES RENDERED | | | | $240,200.00 |
| 17 | PREMIER POLYMERS INC<br>16800 IMPERIAL VALLEY DR<br>SUITE 400<br>HOUSTON, TX 77060 | JENNIFER JOHNSON<br>281-902-0900 | GOODS SOLD/ SERVICES RENDERED | | | | $224,417.70 |
| 18 | GRAPHIC INFORMATION SYSTE<br>7633 PRODUCTION DRIVE<br>CINCINNATI, OH 45237 | TOM STEPHENS<br>513-948-1300 | GOODS SOLD/ SERVICES RENDERED | | | | $206,999.45 |
| 19 | KOLLER CRAFT PLASTICS<br>PO BOX 795122<br>ST LOUIS, MO 63179 | KELLY BALMER<br>636-660-8124 | GOODS SOLD/ SERVICES RENDERED | | | | $202,639.45 |
| 20 | SACI INC<br>27971 HILLER STREET<br>HARRISON TOWNSHP, MI 48045 | BRAD SHELDON<br>586-242-3649 | GOODS SOLD/ SERVICES RENDERED | | | | $200,991.56 |

Fill in this information to identify the case and this filing:

Debtor Name TTI Holdings, Inc.

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (*If known*): ______________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ *Amended Schedule* ___________

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration* ___________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/14/2017
MM / DD / YYYY

× ___________
Signature of individual signing on behalf of debtor

Lawrence Perkins
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| KATY INDUSTRIES, INC., *et al.*,[1] | : | Case No. 17-_____ (___) |
| Debtors. | : | (Joint Administration Requested) |

**STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the Debtor certifies that the following corporation own more than 10% of the Debtor's equity interest.

| Shareholder | Percentage of Total Shares |
|---|---|
| WII, Inc. | 100% |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Katy Industries, Inc. (7589), Continental Commercial Products, LLC (3898), FTW Holdings, Inc. (7467), Fort Wayne Plastics, Inc. (7470), Wabash Holding Corp. (9908), Katy Teweh, Inc. (9839), WII, Inc. (0456), TTI Holdings, Inc. (8680), GCW, Inc. (5610), Hermann Lowenstein, Inc. (4331), American Gage & Machine Company (7074), WP Liquidating Corp. (2310), Ashford Holding Corp. (8113), and HPMI, Inc. (4677). The corporate headquarters and the mailing address for the Debtors listed above is 11840 Westline Industrial Drive, Suite 200, St. Louis, MO 63146.

Fill in this information to identify the case and this filing:

Debtor Name TTI Holdings, Inc.

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (*If known*): ____________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

*Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

*Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

*Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

*Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

*Schedule H: Codebtors (Official Form 206H)*

*Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

*Amended Schedule* ____________

*Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

*Other document that requires a declaration* Statement of Corporate Ownership

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/14/2017
MM / DD / YYYY

✘ ____________
Signature of individual signing on behalf of debtor

Lawrence Perkins
Printed name

Chief Restructuring Officer
Position or relationship to debtor

EAST\142385090.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| KATY INDUSTRIES, INC., *et al.*,[1] | : | Case No. 17-_____ (___) |
| Debtors. | : | (Joint Administration Requested) |

**LIST OF EQUITY SECURITY HOLDERS**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), TTI Holdings, Inc. hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Percentage of Interests Held |
|---|---|
| WII, Inc.<br>11840 Westline Industrial Drive, Suite 200<br>Saint Louis, Missouri 63146 | 100% |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Katy Industries, Inc. (7589), Continental Commercial Products, LLC (3898), FTW Holdings, Inc. (7467), Fort Wayne Plastics, Inc. (7470), Wabash Holding Corp. (9908), Katy Teweh, Inc. (9839), WII, Inc. (0456), TTI Holdings, Inc. (8680), GCW, Inc. (5610), Hermann Lowenstein, Inc. (4331), American Gage & Machine Company (7074), WP Liquidating Corp. (2310), Ashford Holding Corp. (8113), and HPMI, Inc. (4677). The corporate headquarters and the mailing address for the Debtors listed above is 11840 Westline Industrial Drive, Suite 200, St. Louis, MO 63146.

Fill in this information to identify the case and this filing:

Debtor Name TTI Holdings, Inc.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (*If known*): ____________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

*Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

*Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

*Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

*Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

*Schedule H: Codebtors (Official Form 206H)*

*Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

*Amended Schedule* ____________

*Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

*Other document that requires a declaration* List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/14/2017
MM / DD / YYYY

x ____________
Signature of individual signing on behalf of debtor

Lawrence Perkins
Printed name

Chief Restructuring Officer
Position or relationship to debtor

EAST\142385130.1